No. 15,856.

WICKHAM ET AL. *v.* KIMMELL.
(180 P. [2d] 1023)

Decided May 5, 1947.

An action for accounting and to have a deed declared to be a mortgage. Judgment for defendant.

Judgment affirmed en banc without written opinion.

Mr. Justice Luxford not participating.

Mr. STANLEIGH C. CRISPELLE, Mr. HARRY S. CLASS, for plaintiffs in error.

Mr. JOHN P. JAMES, for defendant in error.